1088

No. 89–6307. GROWNEY v. MEYERS ET AL. Ct. App. Mich. Certiorari denied.

No. 89–6309. FERDIK v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 89–6310. IGLESIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6314. PICKETT v. GAITHER, SUPERINTENDENT, COASTAL CORRECTIONAL INSTITUTION. C. A. 11th Cir. Certiorari denied.

No. 89–6315. BECKER v. ILLINOIS REAL ESTATE ADMINISTRATION AND DISCIPLINARY BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–6318. HAYES v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89–6319. ANGULO FARRUFIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6320. LOSACCO v. UNITED STATES FIDELITY & GUARANTY CO. App. Ct. Conn. Certiorari denied.

No. 89–6323. TURNER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 89–6325. WHITE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6326. KILCREASE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6328. HUFFMAN v. YOUNGSTOWN STATE UNIVERSITY. C. A. 6th Cir. Certiorari denied.

No. 89–6329. BROWN v. FREY ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–6334. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.